[No. 16835-9-II.   Division Two.   February 9, 1996.]

TIMOTHY M. STURGIS, *Appellant*, v. KEITH STURGIS, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-2-00920-2, James Warme, J., entered January 7, 1993. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 17074-4-II.   Division Two.   February 9, 1996.]

FARHANA SHAIKH, *Appellant*, v. GOOD SAMARITAN COMMUNITY HEALTHCARE, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-12004-3, Nile E. Aubrey, J., entered April 12, 1993. *Affirmed* by unpublished opinion per Fleisher, J. Pro Tem., concurred in by Houghton, A.C.J., and Wiggins, J. Pro Tem.

[No. 17497-9-II.   Division Two.   February 9, 1996.]

*In the Matter of the Marriage of* LORI E. OHLSON, *Respondent*, v. STEVEN D. OHLSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 91-3-01376-3, J. Kelley Arnold, J., entered August 6, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 17517-7-II.   Division Two.   February 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY DAWN, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 93-1-00032-4, James B. Sawyer II, J., entered May 24, 1993. *Reversed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Morgan, J.